In the Matter of GEORGE ROSENBERGER et al., Petitioners, v. SANITARY DISTRICT No. 6, TOWN OF HEMPSTEAD et al., Respondents.

Rabin, Acting P. J., Hopkins, Benjamin, Munder and Nolan, JJ., concur.